## 28456. HUDSON v. AULT.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 21, 1974.

Homer Hudson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.